[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 22-14261

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

TRENTON RASHAD DANIEL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 3:21-cr-00355-ECM-CWB-2

_____

2                           Opinion of the Court                    22-14261

Before NEWSOM, ABUDU, and MARCUS, Circuit Judges.

PER CURIAM:

Thomas Goggans, appointed counsel for Trenton Daniel in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Daniel's convictions and sentences are **AFFIRMED**.